IN THE CIRCUIT COURT OF CONWAY COUNTY, ARKANSAS
CIVIL DIVISION

EDITH HAMMOND                                                              PLAINTIFF

V.                                      CV 2007-103

OZARK WAFFLES, L.L.C. dba WAFFLE HOUSE                    DEFENDANTS

AFS:   Jacqueline Van Hooven
       5305 McClanahan Drive Ste E-3N
       North Little Rock, Arkansas 72116

## COMPLAINT

COMES NOW Edith Hammond, by and through counsel, James E. Patrick II, P.A. and Harrill & Sutter, PLLC, and for her Complaint, she states herein:

### PARTIES AND JURISDICTION

1. Edith Hamond (Plaintiff) is a resident and citizen of Conway County, Arkansas, who worked for the Defendant at its Conway, Arkansas and Maumelle, Arkansas locations. Defendant is a foreign corporation authorized to do business in Arkansas. Defendant runs several Waffle House restaurants in Conway, Maumelle and Little Rock at which Plaintiff worked.

2. This action is brought under the Equal Pay Act of 1963, as amended (EPA); under the Arkansas Civil Rights Act of 1993 (ACRA). Accordingly, this Court has subject matter jurisdiction as well as personal jurisdiction of the parties. Venue is proper.

### GENERAL ALLEGATIONS OF FACT

3. Plaintiff began working for Defendant on approximately January 4, 2007 as a Relief Manager.

4. Plaintiff had previously worked at Waffle House for 20 years for Defendant and its predecessor until 2003 at which time she was an Area Manager.

5. On January 30, 2007, Plaintiff was promoted to Manager in Training earning approximately $9.60 per hour.

6. Similarly situated male Managers in Training with less experience and seniority

were paid more than Plaintiff for the same or similar work requiring equal effort, equal skill and equal and responsibility.

## COUNT I

14. Plaintiff realleges the foregoing as if fully set out herein.

15. Defendant has failed to pay Plaintiff the rate of pay paid to similarly situated male employees for the same or similar work performed by Plaintiff, in violation of the EPA, and Arkansas state law.

17. Accordingly, Plaintiff is entitled to judgment for the difference between that which similarly situated male Managers in Training have been paid and that which she has received.

18. All of Defendant's actions have been willful.

## COUNT II

19. Plaintiff realleges the foregoing against Defendant Ozark Wafles as if fully set out herein.

20. Plaintiff is a female. Defendant paid similarly situated Managers in Training more than Plaintiff because they are male.

22. By virtue of the facts alleged herein, Defendants have discriminated against Plaintiff on the basis of her gender in terms of pay, in violation of the ACRA.

23. As a direct and proximate cause of Defendants' acts or omissions as alleged herein, Plaintiff has suffered severe mental, emotional, and physical distress, lost wages, lost fringe benefits, lost earning capacity and incurred other special expenses in an amount to be proven at trial.

24. Defendants' actions have been so egregious so as to warrant the imposition of punitive damages.

WHEREFORE, Plaintiff prays for appropriate compensatory damages; for liquidated damages under the EPA; for punitive damages under the ACRA; for declaratory judgment finding that Defendant has violated state and federal laws; for a trial by jury; for reasonable

attorneys' fees; for costs; and for all other just and proper relief.

                                            Respectfully submitted,

                                            JAMES E. PATRICK II P.A.
                                            P.O. Box 128
                                            Mayflower, Arkansas 72106

                                            */s/ James E. Patrick II*
                                            James E. Patrick II Ark. Bar No. 2001150



| TRIAL COURT ASSISTANT:<br>MELINDA PIATT<br>P.O. BOX 7<br>DARDANELLE, ARKANSAS 72834<br>(479) 229-3580 | **DAVID H. McCORMICK**<br>CIRCUIT JUDGE<br>DIVISION II<br>FIFTEENTH JUDICIAL DISTRICT<br>P.O. BOX 7<br>DARDANELLE, ARKANSAS 72834<br>PHONE (479) 229-3580 / FAX (479) 229-1095 | REPORTER:<br>GLENDA VAUGHN<br>36113 E. HWY. 80<br>DANVILLE, ARKANSAS 72833<br>(479) 637-4602 |

RECEIVED
JUL - 5 2007

June 7, 2007

James. E. Patrick II
Attorney at Law

via fax: 501-223-9136

RE: **EDITH HAMMOND VS OZARK WAFFLES LLC dba WAFFLE HOUSE**
Conway County Circuit, DIV II, CV-2007-103

Dear Counselor:

The above-styled cause has been set for a **Pre-Trial Conference** on **December 14th, 2007, at 10:00 a.m.** at the Conway County Courthouse in Morrilton before the Honorable Judge David H. McCormick to determine how much of the Court's time will be required for trial setting. PLEASE BRING YOUR CALENDAR TO COURT.

Any objection to the date, time, or type of setting must be received by the Court within fifteen (15) days from the date of this notice; otherwise, the objection will be deemed to have been waived.

IF DEFENDANT FILES A PRO SE ANSWER OR RETAINS AN ATTORNEY IN THIS MATTER, IT IS THE RESPONSIBILITY OF PLAINTIFF'S ATTORNEY TO NOTIFY THE PARTY OR ATTORNEY OF THIS PRE-TRIAL CONFERENCE SETTING.

Sincerely,

Melinda Piatt
Trial Court Assistant

cc: Ms Carolyn Gadberry
    Circuit Clerk

Acknowledgment - please sign and return to above address:

_____  _____  (you may fax signature to me)
Attorney          Date