IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EDITH HAMMOND                                                                                          PLAINTIFF

Vs.                                    CASE NO.   4:07cv00643 JMM

OZARK WAFFLES, LLC                                                                            DEFENDANT

### ORDER OF DISMISSAL

Having been notified that the parties have reached a settlement in this matter, the Court finds that this case should be dismissed.  The jury trial scheduled June 30, 2008, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 14th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE